# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KELVIN JOHN COLLIER  
ADC #110512                                                                                          PLAINTIFF

V.                                      5:06CV00111 JTR

CORRECTIONAL MEDICAL SERVICES, et al.                           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case, in its entirety, is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth in this action. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 31st day of August, 2006.

_____  
UNITED STATES MAGISTRATE JUDGE